UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SCOTT HIGGINS,**

    **Plaintiff,**

**v.**                                                        **Case No: 5:12-cv-364-Oc-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY**

    **Defendant.**

## MEMORANDUM OF DECISION

This matter is before the Court on Plaintiff's Complaint (Doc. 1), seeking review of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his claim for disability insurance benefits under the Social Security Act. On August 7, 2013, the Court heard oral argument.

On appeal, Plaintiff argues that the ALJ erred by finding that based on testimony of a vocational expert there were a significant number of jobs which existed in the national economy that Plaintiff can perform, relying on <u>Beltran v. Astrue</u>, 676 F.3d 1203 (9th Cir., 2012).

Having considered the memoranda of the parties (Docs. 19 & 20) and having heard oral argument, the Court concludes for the reasons set forth in the attached Findings, which are incorporated by reference, that the ALJ applied the correct legal standards and his final decision is supported by substantial record evidence. Accordingly, it is hereby

    ORDERED

    1. Pursuant to sentence four of 42 U.S.C. §405(g), the Commissioner's final decision in this case is AFFIRMED.

2. The Clerk is hereby directed to enter judgment accordingly and to close the file.

**DONE and ORDERED** in Ocala, Florida on August 7, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

The Court Requests that the Clerk
Mail or Deliver Copies of this order to:

Michael Alan Steinberg
Suite 195
4925 Independence Pkwy
Tampa, FL 33634

John F. Rudy, III
Suite 3200
400 N Tampa St
Tampa, FL 33602

Mary Ann Sloan, Regional Chief Counsel
Dennis R. Williams, Deputy Regional Chief Counsel
Susan Kelm Story, Branch Chief
Christopher G. Harris, Assistant Regional Counsel
Office of the General Counsel, Region IV
Social Security Administration
61 Forsyth Street, S.W., Suite 20T45
Atlanta, Georgia 30303-8920

The Honorable Robert D. Marcinkowski
Administrative Law Judge
c/o Office of Disability Adjudication and Review
Desoto Building #400
8880 Freedom Crossing
Jacksonville, FL 32256-1224